Ronald SPURGEON, Appellant,

v.

DIRECTOR OF REVENUE, Respondent.

No. WD 61667.

Missouri Court of Appeals, Western District.

Nov. 12, 2003.

J. Michael Murphy, Liberty, MO, for appellant.

James A. Chenault, III, Jefferson City, MO, for respondent.

Before BRECKERIDGE, P.J., EDWIN H. SMITH and HOWARD, JJ.

### ORDER

PER CURIAM.

Ronald Spurgeon appeals the trial court's judgment sustaining the revocation of his driver's license for one year. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 84.16(b).